**1686 BISHOP vs. WALKER (Secretary), 9 M., 328.**

To compel the secretary of the corporation to permit a stockholder to inspect the records.

Denied November 6, 1861.

Held, that to entitle a corporator to the remedy he must show that he has made a proper demand for such inspection, at a proper time and place, and for a proper purpose.

**1687 BOARD OF PARK COMMISSIONERS (Detroit) vs. RUSH (Controller), No. 11613, 84 M., 154.**

To compel respondent to advertise for proposals for certain park and boulevard bonds, issued by the Common Council, to raise money to pay for lands purchased or condemned by relators, under Sec. 15 of Act No. 388, Local Acts of 1889.

Granted December 24, 1890.

The controller claimed that before the bonds could lawfully be issued the consent of the board of estimates of said city must be obtained, but the Supreme Court held otherwise.